**Anthony M. BROWN, Plaintiff–
Appellant,**

v.

**BLUE RIDGE REGIONAL JAIL AU-
THORITY–HCADF; T.E. Fears, Offi-
cer, Defendants–Appellees.**

**No. 01–6318.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Anthony M. Brown, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Anthony M. Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. Blue Ridge Reg'l Jail,* No. CA–01–10–7 (W.D.Va. Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*